## Report Prisoner Data *(No Middle Name)*

| ID# | Last | First | Middle | FileDate | Judge | RecDate | Ofc | Year | cv | Num | Action | threeStrike |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 348647 | Santiago | Cherise | | 04/03/2009 | 138 Judge Lee | 04/01/2009 | | | cv | | 28:2254 | |

*Friday, April 03, 2009*

1:09cv366

*Page 1 of 1*